DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL TRAVIS JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-0183 OWW |
| Plaintiff, | |
| v. | STIPULATION TO CHANGE TIME OF SENTENCING HEARING; ORDER |
| MICHAEL TRAVIS JONES, | Date: October 31, 2011 |
| Defendant. | Time: 1:30 p.m. |
| | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Jared Renfro, Counsel for Plaintiff, and Assistant Federal Defender Peggy Sasso, Counsel for Defendant Michael Travis Jones, that the sentencing hearing currently set for October 31, 2011 at 9:00 a.m., **may be rescheduled to October 31, 2011, at 1:30 p.m.** The parties agree that this matter would be better heard on the 1:30 p.m. calendar as the hearing may exceed 30 minutes.

///
///
///
///
///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: August 23, 2011 | /s/ Jared Renfro<br>JARED RENFRO<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| Dated: August 23, 2011 | /s/ Peggy Sasso<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL TRAVIS JONES |

**ORDER**

IT IS SO ORDERED.

**Dated:   August 26, 2011**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE